**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE KENNEDY, | 1:06-cv-00677-AWI-TAG HC |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 7) |
| v. | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |
| ALBERTO GONZALES, | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| Respondent. | |

On June 2, 2006, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court.

On April 13, 2007, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending the petition for writ of habeas corpus be dismissed as moot. (Doc. 7). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. To date, the parties have not filed timely objections to the Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that

the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed April 13, 2007 (Doc. 7), is ADOPTED IN FULL;
2. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **June 2, 2007**                         /s/ Anthony W. Ishii
                                                     UNITED STATES DISTRICT JUDGE